UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/08

-------------------------------------X
GLORIA MARTINEZ
      Plaintiff,

v.                             Civil Action No. 08 CV 03339 (RJS)

MICHAEL J. ASTRUE,
Commissioner of the
Social Security Administration
      Defendant.
-------------------------------------X

## AMENDED ORDER GRANTING LEAVE TO
## PROCEED *IN FORMA PAUPERIS*

In reliance on the presentations set forth in the attached application and affidavit,

IT IS ORDERED that the Plaintiff in the above-entitled proceeding be, and hereby is, permitted to prosecute said proceedings to conclusion without prepayment of costs or giving security therefore, and without prepayment of U.S. Marshal service fees, pursuant to 28 U.S.C. §1915.

Dated at New York, New York, this ___ day of April, 2008.

BY THE COURT:

_____
United States District Judge