$SO LU CU V A N J$

☐ **ORIGINAL**

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.,
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel: (212) 637-2712
Fax: (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - -x
GLORIA MARTINEZ,                    :
                                    :
              Plaintiff,            :
                                    :
       - v. -                       :
                                    :
                                    :
MICHAEL J. ASTRUE,                  :
Commissioner of                     :
Social Security,                    :
                                    :
              Defendant.            :
                                    :
- - -  - - - - - - - - - - -   x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: $6\backslash10\backslash-8$

STIPULATION AND ORDER
08 Civ. 3339 (RJS)

          IT IS HEREBY STIPULATED AND AGREED, by and between

the attorneys for the defendant and the plaintiff, that the

defendant's time to answer or move with respect to the complaint

in the above-captioned action is extended from June 23, 2008 to

and including August 22, 2008.  This extension is requested

because the administrative record has not yet been received by

the defendant's counsel.  No previous extension has been

requested in this case.

Dated: New York, New York
       May ·30, 2008

_____
WILLIAM E. LEAVITT, ESQ.
Attorney for Plaintiff
305 Broadway, Suite 900
New York, New York 10007
Telephone No. (212) 897-5852

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: _____
JOHN EL GURA, JR.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York   10007
Telephone No.: (212) 637-2712
John.Gura@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

June 18, 2008

JUN 1  2008