Sullivan, J

**ORIGINAL**

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.,
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel: (212) 637-2712
Fax: (212) 637-2750

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
GLORIA MARTINEZ,                 :
                                 :
            Plaintiff,           :
                                 :
     - v. -                      :
                                 :   STIPULATION AND ORDER
                                 :   08 Civ. 3339 (RJS)
MICHAEL J. ASTRUE,               :
Commissioner of                  :
Social Security,                 :
                                 :
            Defendant.           :
                                 :
- - - - - - - - - - - - - - - - -x

    IT IS HEREBY STIPULATED AND AGREED, by and between

the attorneys for the defendant and the plaintiff, that the

defendant's time to answer or move with respect to the complaint

in the above-captioned action is extended from August 22, 2008 to

and including September 26, 2008.  This extension is requested

because defendant's counsel has not yet been able to complete his review of the administrative record. One previous extension has been granted in this case.

Dated: New York, New York
       August 18, 2008

_____
WILLIAM E. LEAVITT, ESQ.
Attorney for Plaintiff
305 Broadway, Suite 900
New York, New York 10007
Telephone No. (212) 897-5852

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: _____
JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Telephone No.: (212) 637-2712
John.Gura@usdoj@gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
8/25/08